IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**R.J.D. CONTRACTORS, INC.,**

    **Plaintiff,**

vs.                                               CASE NO. 4:05-CV-195-SPM

**ADUDDELL ROOFING AND
SHEETMETAL, INC.,**

    **Defendant.**

_____/

**ORDER DISMISSING CASE WITH PREJUDICE**

Pursuant to Plaintiff's "Motion to Dismiss With Prejudice" (doc. 10) filed January 23, 2006 and Federal Rule of Civil Procedure 41, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.     This action is dismissed with prejudice.

2.     Plaintiff shall bear all costs.

3.     All pending motions are denied as moot.

**DONE AND ORDERED** this <u>ninth</u> day of March, 2006.

                                  *s/ Stephan P. Mickle*
                                  Stephan P. Mickle
                                  United States District Judge

/pao

2